**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Allen Sorensen,<br><br>        Plaintiff,<br><br>v.<br><br>Karen Barcklay, et al.,<br><br>        Defendants. | No. CV-18-00674-PHX-JAT (ESW)<br><br>**ORDER** |

On January 25, 2019, the Court denied the Motion to Substitute (Doc. 25) filed by Dorothy McKaney, and stated that "Mrs. McKaney may not represent a successor without legal authority to do so." (Doc. 38 at 3). On March 18, 2019, Mrs. McKaney filed a Motion to Substitute that states that "[n]otice is hereby given that Dorothy McKaney is substituted as representative of record for Paul and Leeland Sorensen." (Doc. 39 at 1). Attached to the Motion is a Durable Power of Attorney for Financial Management given by Leeland Sorensen to Dorothy McKaney. (*Id.* at 3-7). However, there is no evidence that Mrs. McKaney is an attorney licensed to appear in this Court. Although a non-attorney litigant may appear on his own behalf, only an attorney may appear on behalf of another person. *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (a non-attorney has no authority to appear as an attorney for anyone other than himself). Therefore, Mrs. McKaney is not authorized to appear in this matter on Mr. Sorensen's

behalf.  The Court will deny the March 18, 2019 Motion to Substitute (Doc. 39) and Motion for Leave to File a Supplemental Complaint (Doc. 42) filed by Dorothy McKaney.

The Court has reviewed the Reply (Doc. 46) to Defendants' Motion for Clarification (Doc. 41) filed by Mrs. McKaney.[1]  The Court will direct Defendants to attempt service of the Notice of Death on Leeland Sorensen at the address listed in the Reply (Doc. 46 at 1) filed by Dorothy McKaney and in the Durable Power of Attorney attached to the Motion to Substitute (Doc. 39 at 2).

Based on the foregoing,

**IT IS ORDERED** denying the March 18, 2019 Motion to Substitute (Doc. 39).

**IT IS FURTHER ORDERED** denying the Motion for Leave to File a Supplemental Complaint (Doc. 42) filed by Dorothy McKaney.

**IT IS FURTHER ORDERED** that Defendants shall attempt to serve a copy of this Order, the Notice to Court Regarding Plaintiff's Death (Doc. 24), and Statement Noting Death (Doc. 27) upon Plaintiff's successor Leeland Sorensen at the address listed in the Reply (Doc. 46 at 1) filed by Dorothy McKaney and in the Durable Power of Attorney attached to the Motion to Substitute (Doc. 39 at 2).  By **May 31, 2019**, Defendants shall file proof of service or a notice indicating their continued attempts to serve Leeland Sorensen.

Dated this 29th day of April, 2019.

Eileen S. Willett
United States Magistrate Judge

---

[1] The Court granted the Motion for Clarification (Doc. 41) on April 11, 2019.  (Doc. 45).