**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Allen Sorensen,<br><br>    Plaintiff,<br><br>v.<br><br>Karen Barcklay, et al.,<br><br>    Defendants. | No. CV-18-00674-PHX-JAT (ESW)<br><br>**ORDER** |

The Court has reviewed the "Motion to Substitute" (Doc. 54) purportedly filed by Plaintiff's son Leeland Sorenson. Defendants oppose the Motion, asserting that "it is clearly drafted by Mrs. Dorothy McKaney as it is in the same handwriting as the previous Motions to Substitute drafted by Mrs. Dorothy McKaney. (*See* Docs. 25 & 39)." (Doc. 58 at 1). No reply was filed. The Court will deny the "Motion to Substitute" (Doc. 54) without prejudice to refiling a renewed Motion that is notarized to verify the identity of the individual signing the Motion. The Court also will strike the "Supplemental Complaint" (Doc. 56), which is untimely and fails to comply with Local Rule of Civil Procedure 15.1. Accordingly,

**IT IS ORDERED** denying the "Motion to Substitute" (Doc. 54) without prejudice to refiling a renewed Motion that is notarized to verify the identity of the individual signing the Motion.

**IT IS FURTHER ORDERED** setting **August 12, 2019** as the deadline for filing a renewed Motion to Substitute that is notarized.

**IT IS FURTHER ORDERED** striking the "Supplemental Complaint" (Doc. 56).

Dated this 12th day of July, 2019.

_____
Eileen S. Willett
United States Magistrate Judge